**Order entered July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00049-CR

**MELVIN LEE VAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-60500-T**

## ORDER

The Court **REINSTATES** the appeal.

On June 30, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 9, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the June 30, 2015 order requiring findings.

We **GRANT** appellant's July 9, 2015 motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE